B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GIORDANO'S FRANCHISE, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4187496** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**740 North Rush Street**<br>**Suite 400**<br>**Chicago, IL**                    ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion |

More than $1 billion

**B1 (Official Form 1)(4/10)**                                                                                             Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GIORDANO'S FRANCHISE, INC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **GIORDANO'S FRANCHISE, INC.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

**Email: mlgesas@arnstein.com**
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**February 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Apostolou**
Signature of Authorized Individual

**John Apostolou**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 16, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

GIORDANO'S ENTERPRISES, INC.
ILLINOIS MANAGEMENT COMPANY, INC.
JBA EQUIPMENT FINANCE, INC.
ALAMONTE PARTNERS, LLC
GIORDANO'S FRANCHISE, INC.
GIORDANO'S OF FLORIDA, INC.
GIORDANO'S RESTAURANTS, INC.
GIORDANO'S FAMOUS STUFFED PIZZA, INC.
AMERICANA FOODS, INC.
PIZZA PIZAZZE, INC.
GIORDANO'S, LLC
OAKBROOK PARTNERS, LLC
RANDOLPH PARTNERS, LLC
RANDOLPH PARTNERS, LLC 20-24 SERIES
RANDOLPH PARTNERS, LLC - 327 SERIES
RANDOLPH PARTNERS, LLC - LAKE STREET SERIES
RANDOLPH PARTNERS, LLC - FORMOSA SERIES
RANDOLPH PARTNERS, LLC - MINOOKA SERIES
RANDOLPH PARTNERS, LP
RANDOLPH PARTNERS, LLC - 740 SERIES
RANDOLPH PARTNERS, LLC - 308 SERIES
RANDOLPH PARTNERS, LLC - OGDEN OSWEGO SERIES
RANDOLPH PARTNERS, LLC - 1425 SERIES
RANDOLPH PARTNERS, LLC - MOUNT PROSPECT SERIES
BELMONT PIZZA, INC.
RUSH PIZZA, INC.
GREEKTOWN PIZZA, INC.
ROSEMONT PIZZA, INC.
WILLOWBROOK PIZZA, INC.
RANDOLPH PARTNERS, LLC - SHERBERTH SERIES
RANDOLPH PARTNERS, LLC - OAKBROOK PARTNERS SERIES
RANDOLPH PARTNERS, LLC - COTTON LANE SERIES
RANDOLPH PARTNERS, LLC - RANDALL ORCHARD SERIES

**EXHIBIT A**

**UNANIMOUS WRITTEN CONSENT OF
THE DIRECTORS OF
GIORDANO'S FRANCHISE, INC.
A CORPORATION FORMED UNDER THE LAWS OF ILLINOIS
(the "Company")**

The undersigned, being all of the Directors of the Company, in lieu of holding a special meeting hereby consent to the following actions and adopt the following resolutions and direct that this consent be filed with the records of the Company:

**RESOLVED** that, in the judgment of the undersigned, it is desirable and in the best interest of the Company, its creditors, equity holders and other interested parties that the Company file a petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER,** that the officers of the Company be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as any such officer executing such petition shall determine; and

**RESOVED FURTHER,** that the officers of the Company, and each of them, are authorized and empowered, on behalf of and in the name of, the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all action they deem necessary in connection with the Company's Chapter 11 case and in connection with the restructuring of the Company's debt and other obligations of the Company and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER,** that the Company shall retain the law firm of Arnstein & Lehr LLP, as its attorneys for the purposes of filing the Chapter 11 petition, and representing the Company in the Chapter 11 case and all matters related thereto on such terms as any officer of the Company shall determine, subject to bankruptcy court approval.

**IN WITNESS WHEREOF,** the undersigned have executed this Consent this _16_ day of February, 2011.

JOHN APOSTOLOU, Director

EVA APOSTOLOU, Director

319 WEST RANDOLPH PARKING
INTERPARK
CHICAGO, IL 60693


AARON UFTRING
1235 WEST ADDISON ST
CHICAGO, IL 60613


ABRAHAM, ANISH
492 GOVERNORS DR.
SCHAUMBURG, IL 60193


ADP, INC.
P.O. BOX 78415
PHOENIX, AZ 85062-8415


ADRIANA GOMEZ
6217 SOUTH WHIPPLE
CHICAGO, IL 60629


AGUILAR, JOSE M.
4127 N MOZART
CHICAGO, IL 60618


ALASTAR S. MC GRATH, P.C.
227 WEST MONROE ST
CHICAGO, IL 60606


ALERT PROTECTIVE SERVICES, INC
3833 NORTH CICERO AVE
CHICAGO, IL 60641-3623


ALMASI, ANDREEA S.
9136 S. ORCHARD LN.
BRIDGEVIEW, IL 60455


AMERCIAN CARPET CO.
2059 WEST RACE AVE
CHICAGO, IL 60612


AMERICAN EXPRESS
BOX  0001
LOS ANGELES, CA 90096-8000

AMERICANA FOODS, INC.
308 WEST RANDOLPH STREET
CHICAGO, IL 60606


AMERITAS LIFE INSURANCE CORP
P.O. BOX 81889
LINCOLN, NE 68501-1889


AMY MOKRIS
0
0, 0


ANA SORIA
3645 WEST 67th PLACE
CHICAGO, IL 60629


ANDREW J. EMMANOUEL, P.P.L
56 ALEXANDRA'S AVENUE
ATHENS, GREECE 11473-0000


ANNUNCIATION GREEK ORTHODOX CA
1017 NORTH LASALLE STREET
CHICAGO, IL 60610-2604


ANTHONY ZOGRAFOS
2841 WEST SUMMERDALE
CHICAGO, IL 60625


ANTONIO VELAZQUEZ
709 EAST HACKBERRY LANE
MT. PROSPECT, IL 60056


APOSTOLOPOULOS, APOSTOLOS
ARADOU 31 ILISIA
ATHENS, GREECE 15771-0000


APOSTOLOU, BASIL
1546 N. ORLEANS APT 801
CHICAGO, IL 60610


APOSTOLOU, EVA
2330 MOHAWK
GLENVIEW, IL 60025

APOSTOLOU, GEORGE
2330 MOHAWK
GLENVIEW, IL 60025


APOSTOLOU, JOANNA
747 N. WABASH AVE #901
CHICAGO, IL 60611


APOSTOLOU, JOHN
2330 MOHAWK
GLENVIEW, IL 60025


APOSTOLOU, NICKOLAOS
8069 WHITE CRANE CT
KISSIMMEE, FL 34747


ARNSTEIN & LEHR, LLP
120 SOUTH RIVERSIDE PLAZA
CHICAGO, IL 60606-3910


ASCENSUS
124 8th AVENUE, NE
BRAINERD, MN 56401


ASCO INSURANCE SERVICES, INC.
8729 NORTH NARRAGANSETT AVENUE
MORTON GROVE, IL 60053


ASPEN PUBLISHERS, IN.
4829 INNOVATION WAY
CHICAGO, IL 60682-0048


Associate Area Counsel, SB/SE
200 W Adams Street
#2300
Chicago, IL 60606


AT&T
P.O. BOX 8100
AURORA, IL 60507-8100


AT&T LONG DISTANCE
P.O. BOX 5017
CAROL STREAM, IL 60197-5017

```
ATHAR AKBAR
10010 NEVADA AVENUE
FRANKLIN PARK, IL 60131


ATLAS STATIONERS, INC.
227 WEST LAKE STREET
CHICAGO, IL 60606


AURORA UNIVERSITY
347 GLADSTONE AVE
AURORA, IL 60506


AVAYA, INC.
P.O. BOX 5125
CAROL STREAM, IL 60197-5125


AYNESSAZIAN, B ALLEN
340 E. RANDOLPH #5201
CHICAGO, IL 60606


BALDASTI, STEVEN A.
1216 SUMAC TRAIL
HOFFMAN ESTATES, IL 60195


BANC OF AMERICA LEASING
LEASE ADMINISTRATION CENTER
PITTSBURGH, PA 15250-7992


BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285


Bank of America
Attn: Sophia Bobek
135 S LaSalle St
Chicago, IL 60603


BARRY ALLEN AYNESSAZIAN
304 EAST RANDOLPH DRIVE
CHICAGO, IL 60601


BETSY H. NEZIS
20200 RONSDALE
BEVERLY HILLS, MI 48025
```

BFPRU I, LLC
% - PNC BANK
CLEVELAND, OH 44193


BITTENBENDER, SARA L.
257 D NICOLE DR
S ELGIN, IL 60177


BITTNER, MAUREEN M.
6217 S AUSTIN
CHICAGO, IL 60638


BLANCA SORIA
3645 WEST 67th PLACE
CHICAGO, IL 60629


BLUE CROSS BLUE SHIELD OF ILLI
HEALTHCARE SERVICE CORPORATION
CHICAGO, IL 60699-1186


BRAZLAWSKI, FRANK C.
5106 SANDBURG
MC HENRY, IL 60050


BRIARWOOD OFFICE CENTER II, LL
855 FEINBERG COURT
CARY, IL 60013


BRIDGEVIEW BANK GROUP
7940 SOUTH HARLEM AVENUE
BRIDGEVIEW, IL 60455


BRIGHT HOUSE NETWORKS
P.O. BOX 31337
TAMPA, FL 33631-3337


BROOKS BUILDING, LLC
35235 EAGLE WAY
CHICAGO, IL 60678-1352


BUCHANAN REPORTING, INC.
450 EAST WATERSIDE DRIVE
CHICAGO, IL 60601

BUFFALO GROVE JOINT VENTURE
% - EDGEMARK ASSET MANAGEMENT
OAK BROOK, IL 60523-4016


C T CORPORATION
P.O. BOX 4349
CAROL STREAM, IL 60197-4349


CARDOSO, ANTONIO D.
8410 SHADY GLEN DR.
ORLANDO, FL 32819


CARRILLO, OSCAR
852 N. HOYNE
CHICAGO, IL 60622


CARTER REPORTING SERVICE
25 EAST WASHINGTON ST
CHICAGO, IL 60602


CDW DIRECT, LLC
P.O. BOX 75723
CHICAGO, IL 60676-5723


CENTRAL PARKING SYSTEM, INC.
P.O. BOX 790402
ST. LOUIS, MO 63179-0402


CHARO, MARIA
4165 WEST NELSON
CHICAGO, IL 60618


CHASE SAFE DEPOSIT CENTER
P.O. BOX 672024
DALLAS, TX 75267-2024


CHASE, JEFF M.
607 AVACADO ST.
ST CLOUD, FL 34769


CHEESE MERCHANTS OF AMERICA, L
248 TUBEWAY DRIVE
CAROL STREAM, IL 60188

CHICAGO PRODUCERS
817 SOUTH WESTERN AVENUE
CHICAGO, IL 60612


CHICAGO SOFT DRINK TAX ADMINIS
P.O. BOX 5698
CHICAGO, IL 60680-5698


CHICAGO TITLE INSURANCE
505 E. NORTH AVE
CAROL STREAM, IL 60188


CHICAGO TRIBUNE
14839 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


CHRISOULA HARALAMPOPOULOS
1330 WEST PETERSON AVENUE
PARK RIDGE, IL 60068


CHRYSLER FINANCIAL
BUSINESS VEHICLE FINANCE
LOUISVILLE, KY 40290-1888


CIPRIA, B VAUGHNETTE
420 W BELMONT #14A
CHICAGO, IL 60657


CITIZENS FIRST NATIONAL BANK
128 SOUTH DEPOT STREET
SOMONAUK, IL 60552


CITIZENS FOR AMLDONADO
4801 WEST PETERSON AVE
CHICAGO, IL 60646


CITIZENS FOR MALDONADO
4801 WEST PETERSON
CHICAGO, IL 60646


CITY OF CHICAGO
121 N LASALLE ST RM 107
CHICAGO, IL 60602

```
CITY OF CHICAGO - DEPT OF REVE
P.O. BOX 88290
CHICAGO, IL 60680-1290


CITY OF EVANSTON
CITATION PROCESSING CENTER
MILWAUKEE, WI 53201-3214


CLAREMONT MCKENNA COLLEGE
890 COLUMBIA AVE
CLAREMONT, CA 91711


CLIFTON GUNDERSON, LLP
1301 WEST 22nd STREET
OAK BROOK, IL 60523


CNA SURETY
P.O. BOX 5077
SIOUX FALLS, SD 57117-5077


COMCAST TV
PO BOX 3001
SOUTHEASTERN, PA 19398


COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001


COMPLETE PUMP SERVICE CO INC
461 S. IRMEN DR
ADDISON, IL 60101


CONNOLLY, ROBERT K.
2738 OAK PARK AVE
BERWYN, IL 60402


CORE COMM INTERNET SERVICES
P.O. BOX 712959
CINCINNATI, OH 45271-2959


CORPORATION SERVICE COMPANY
P.O. BOX 13397
PHILADELPHIA, PA 19101-3397
```

```
COVINGTON MAIN STREET COMMONS
ONE PARKVIEW PLAZA
OAKBROOK TERRACE, IL 60181-4731


CRISTINA VASQUEZ
3733 SOUTH 58th COURT
CICERO, IL 60804


CROWE HORWATH, LLP
P.O. BOX 145415
CINCINNATI, OH 45250-9791


CRUMP GROUP, INC. - ASCENSUS:
P.O. BOX 36469
NEWARK, NJ 07188-6469


DAMEN MONTROSE, LLC
% - DEMETRIOS PIRPIRIS
LINCOLNWOOD, IL 60712


DAN MILLER ARCHITECTS LTD
2165 WEST WILSON AVE
CHICAGO, IL 60625


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
NEWARK, NJ 07101-4728


DELIVERIES TO GO, INC.
1755 SOUTH NAPERVILLE RD
WHEATON, IL 60187


DEPAUL UNIVERSITY
2320 N KENMORE AVE
CHICAGO, IL


Dept of the Treasury IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DEVELOPMENT SPEACIALIST INC
70 W. MADISON ST
CHICAGO, IL 60602
```

DLA PIPER LLP
203 NORTH LASALLE ST
CHICAGO, IL 60601


DTGI
740 NO RUSH
CHICAGO, IL 60611


DYNAMEX, INC.
12837 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


E-ZPASS
NEW JERSEY CUSTOMER SERVICE CN
NEWARK, NJ 07101-8205


EAT PIZZA PROPERTIES LLC 10042
10042 U.S. HIGHWAY 19 NORTH
PORT RICHEY, FL 34668


EAT PIZZA PROPERTIES LLC 11310
11310 CAUSEWAY BLVD
BRANDON, FL 33511


EAT PIZZA PROPERTIES LLC 401 S
401 NORTH DALE MABRY
TAMPA, FL 33609


ELKOUSSA, HAYSSAM A.
14560 BRADDOCK OAK
ORLANDO, IL 32837


ENGLUM, JOHN D.
400 GRISWOLD
ELGIN, IL 60123


EVA APOSTOLOU
2330 MOHAWK LANE
GLENVIEW, IL 60026


FATMIER SALIU
P.O. BOX 541
YORKVILLE, IL 60560

FEDERAL WAGE AND LABOR LAW INS
P.O. BOX 678123
DALLAS, TX 75267-8123


FEDEX
P.O. BOX 94515
PALATINE, IL 60094-4515


FIFTH THIRD BANK
222 SOUTH RIVERSIDE PLAZA
CHICAGO, IL 60606


Fifth Third Bank Jeffrey K Tischler, VP
1000 Town Center Dr
#1400 MD JTWN5G
Southfield, MI 48075


FIORETTI & LOWER, LTD
222 SOUTH RIVERSIDE PLAZA
CHICAGO, IL 60606


FISCAL'S CARPET SERVICE
710 NORTH RACINE AVENUE
CHICAGO, IL 60642


FLORIDA DEPARTMENT AGRICULTURE
P.O. BOX 6700
TALLAHASSEE, FL 32314-6700


FLORIDA DEPARTMENT OF STATE
CLIFTON BUILDING
TALAHASSEE, FL 32301


FOODTEC SOLUTIONS, INC.
175 HIGHLAND AVENUE
NEEDHAM, MA 02494


FORT DEARBORN LIFE INSURANCE C
36788 EAGLE WAY
CHICAGO, IL 60678-1367


FOX VALLEY FIRE & SAFETY
2730 PINNACLE DRIVE
ELGIN, IL 60124

FROST, RUTTENBERG & ROTHBLATT,
111 PFINGSTEN ROAD
DEERFIELD, IL 60015


FUNKE, JAMES F.
2183 MALLORY CIRCLE
HAINES CITY, FL 33844


GARDA CL SOUTHWEST, INC.
P.O. BOX 90152
PASADENA, CA 91109-0152


GENERAL CASUALTY INSURANCE CO.
ONE GENERAL DRIVE
SUN PRAIRIE, WI 53596


GENO F. OLIVITO
15208 SOUTH WILLCOOK ROAD
LOCKPORT, IL 60441


GEVALIA
P.O. BOX 6276
DOVER, DE 19905-6276


GIANNAKOPOULOS, ELIAS
9705 W. 125TH STREET
PALOS PARK, IL 60464


GIORDANO'S ENTERPRISES, INC
ADVERTISING ACCOUNT
CHICAGO, IL 60606


GIORDANO'S ENTERPRISES, INC.
308 WEST RANDOLPH STREET
CHICAGO, IL 60606


GIORDANO'S MARETING LLC
740 N. RUSH
CHICAGO, IL 60611


GIORDANO'S OF ADDISON
1323 WEST LAKE STREET
ADDISON, IL 60101

GIORDANO'S OF ALGONQUIN
1505 SOUTH RANDALL ROAD
ALGONQUIN, IL 60102


GIORDANO'S OF BELMONT
1040 W. BELMONT
CHICAGO, IL 60657


GIORDANO'S OF BRANDON
11310 CAUSEWAY BLVD
BRANDON, FL 33511


GIORDANO'S OF BUFFALO GROVE
270 NORTH MC HENRY ROAD
BUFFALO GROVE, IL 60089


GIORDANO'S OF DOWNERS GROVE
5115 MAIN STREET
DOWNERS GROVE, IL 60515


GIORDANO'S OF DOWNTOWN NAPERVI
119 S. MAIN ST.
NAPERVILLE, IL 60540


GIORDANO'S OF FOX LAKE
1388 SOUTH ROUTE 12
FOX LAKE, IL 60020


GIORDANO'S OF GREEK TOWN
815 W. VAN BUREN ST
CHICAGO, IL 60607


GIORDANO'S OF GURNEE
7105 GRAND AVENUE
GURNEE, IL 60031


GIORDANO'S OF IRVING PARK
5927 W. IRVING PARK RD
CHICAGO, IL 60634


GIORDANO'S OF LINCOLN SQUARE
2010 WEST MONTROSE AVENUE
CHICAGOI, IL 60618

GIORDANO'S OF MINOOKA
2075 SOUTH RIDGE ROAD
MINNOKA, IL 60447


GIORDANO'S OF MOKENA
11400 LINCOLN HIGHWAY
MOKENA, IL 60448


GIORDANO'S OF NAPERVILLE
119 SOUTH MAIN STREET
NAPERVILLE, IL 60540


GIORDANO'S OF OAKBROOK
17 W. 280 W. 22ND STREET
OAKBROOK TERRACE, IL 60181


GIORDANO'S OF ORLAND PARK
14325 SOUTH LAGRANGE ROAD
ORLAND PARK, IL 60462


GIORDANO'S OF OSWEGO
2870 W ROUTE 34
OSWEGO, IL 60544


GIORDANO'S OF PLAINFIELD
2344 SOUTH ROUTE 59
PLAINFIELD, IL 60544


GIORDANO'S OF PORT RICHEY
10042 U.S. HIGHWAY 19 NORTH
PORT RICHEY, FL 34668


GIORDANO'S OF PRUDENTIAL
130 EAST RANDOLPH STREET
CHICAGO, IL 60601


GIORDANO'S OF ROSEMONT
9415 W. HIGGINS
ROSEMONT, IL 60018


GIORDANO'S OF RUSH
730 N. RUSH
CHICAGO, IL 60611

GIORDANO'S OF SHERIDAN
6836 NORTH SHERIDAN ROAD
CHICAGO, IL 60626


GIORDANO'S OF SOUTH ELGIN
320 SOUTH RANDALL RD.
SOUTH ELGIN, IL 60177


GIORDANO'S OF SOUTH NAPERVILLE
3244 SOUTH ROUTE 59
NAPERVILLE, IL 60564


GIORDANO'S OF SOUTH NAPERVILLE
3224 S. RTE 59-STE 120
NAPERVILLE, IL 60564


GIORDANO'S OF ST. CHARLES
3641 MAIN STREET
ST. CHARLES, IL 60174


GIORDANO'S OF TAMPA
401 NORTH DALE MABRY HWY
TAMPA, FL 33609


GIORDANO'S ON JACKSON
225 WEST JACKSON BLVD
CHICAGO, IL 60606


GIORDANOS OF HYDE PARK
5309 S. BLACKSTONE
CHICAGO, IL 60615


GIORDANOS OF WILLOWBROOK
641 PLAINFIELD RD
WILLOWBROOK, IL 60521


GLENN P. DOEING
25W031 LACEY AVENUE
NAPERVILLE, IL 60563


GMAC
PAYMENT PROCESSING CENTER
LOUISVILLE, KY 40290-1951

GRECO REGGI RANDALL, LLC
1550 HECHT ROAD
BARTLETT, IL 60103


GREGORY A. MCCORMICK
GARFIELD & MEREL, LTD.
180 N. STETSON AVE., #1300
Chicago, IL 60601


GROSSINGER TOYOTA NORTH
7225 NORTH CICERO AVENUE
CHICAGO, IL 60712


HARALAMPOPOULOS, CHRISOULA
1330 W. PETERSON
PARK RIDGE, IL 60068


HASSAN, SYED T.
3807 W KEENEY
SKOKIE, IL 60076


HINCKLEY SPRINGS
P.O. BOX 660579
DALLAS, TX 75256-0579


HOCHMAN, SALKING, RETTIG, ROSC
9150 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212


HOLY TAXIARHAI & SAINT HARALAM
7373 CALDWELL AVENUE
NILES, IL 60714-4503


HOLY TRINITY GREEK ORTHODOX CH
6041 W. DIVERSEY AVE
CHICAGO, IL 60639


HOULIHAN SMITH ADVISORS, LLC
105 WEST MADISON STREET
CHICAGO, IL 60602


HUCK BOUMA, P.C.
1755 SOUTH NAPERVILLE RD
WHEATON, IL 60189

HULL, DANIEL J.
2104 W. LUNT
CHICAGO, IL 60645


ILLINOIS DEPARTMENT OF REVENUE
440 AIRPORT ROAD
ELGIN, IL 60123


ILLINOIS DEPARTMENT OF REVENUE
P.O BOX 19031
SPRINGFIELD, IL 62794


ILLINOIS DEPT OF REV. BANKRUPTCY UNIT
100 W RANDOLPH 7-400
CHICAGO, IL 60601


Illinois Dept of Revenue Bankruptcy Sect
Level 7-425
100 W Randolph St
Chicago, IL 60101


ILLINOIS RESTAURANT ASSOCIATIO
33 WEST MONROE STREET
CHICAGO, IL 60603


ILLINOIS TOLLWAY
P.O. BOX 5201
LISLE, IL 60532-5201


ILZE O. VITANDS
6765 NORTH SHERIDAN RD
CHICAGO, IL 60626


INLAND COMMERCIAL PROPERTY MGM
WEST RIVER CROSSING - BLDG 228
CHICAGO, IL 60674


INLAND COMMERCIAL PROPERTY MGM
4575 PAYSPHERE CIRCLE
CHICAGO, IL 60674


INLAND U.S. MANAGEMENT, LLC
13068 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

INTEGRA GRAPHICS & FORMS, INC.
4749 WEST 136th STREET
CRESTWOOD, IL 60445


INTEGRYS ENERGY SERVICES, INC.
P.O. BOX 19046
GREEN BAY, WI 54307-9046


INTER PARK
91144 COLLECITON CENTER DRIVE
CHICAGO, IL 60693


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


IOI, INCORPORATED
6100 N. RAVENSWOOD
CHICAGO, IL 60660


JAEGER, RICHARD
1749 GREENMEADOW LN.
CHESTERTON, IN 46304


JAIMES, WENDY M.
2674 ROBERT TRENT JONES DR #337
ORLANDO, FL 32835


JAMES J. ROCHE
642 NORTH DEARBORN STREET
CHICAGO, IL 60610


JANET LYNN OLIVITO
17441 JORDAN LANE
LOCKPORT, IL 60441


JASON WEISSER
APT 2
CHICAGO, IL 60659


JBA EQUIPMENT
740 NORTH RUSH STREET
CHICAGO, IL 60611

JEFFREY L. KENNEDY
5316 SOUTH HARPER
CHICAGO, IL 60628


JENSEN REPORTING
205 WEST RANDOLPH STREET
CHICAGO, IL 60606


JERRY LAMBRINATOS
6715 NE PRAIRIE RD
LINCOLNWOOD, IL 60712-2515


JESUS CHAVEZ
6546 SOUTH KOLIN
CHICAGO, IL


JOANNA APOSTOLOU
345 E. OHIO
CHICAGO, IL 60611


JOHN APOSTOLOU
740 NORTH RUSH STREET
CHICAGO, IL 60611


JOHN CARLOS CORAGLIO
0
0, 0


JOHN DUHR
JOHN'S LOCKSMITH
CHICAGO, IL 60630


JOHN NEHMATALLAH
8102 INTERNATIONAL DRIVE
ORLANDO, FL 32819


JOLIET COMMUNITY COLLEGE
1215 HOUBOLT RD
JOLIET, IL 60431


JONATHAN D. MARTIN
2529 SOUTH HARVEY
BERWYN, IL 60402

JUAN MARCHAN
4827 NORTH KOSTNER
CHICAGO, IL 60630


KENDALL COLLEGE
900N NORTH BRANCH ST
CHICAGO, IL 60642


KETTNER, ROBERT P.
2461 186TH ST.
LANSING, IL 60438


KIN PROPERTIES, INC.
185 NW SPANISH RIVER BOULEVARD
BOCA RATON, FL 33431-4230


KISSIMMEE UTILITY AUTHORITY
P.O. BOX 850001
ORLANDO, FL 32885-0096


KLESMAN & COMPANY, P.C.
7110 WEST 127th STREET
PALOS HEIGHTS, IL 60463


KONICA MINOLTA BUSINESS SOLUTI
DEPT. CH 19188
PALATINE, IL 60055


KOURLIOUROS, ATHANASSIOS
107 HAMILTON PL
VERNON HILLS, IL 60061


KTA DEVELOPMENT, INC.
P.O. BOX 9036
NAPERVILLE, IL 60567-9036


LADESIC, KELLY M.
480 N. MCCLURG CT. APT 1209
CHICAGO, IL 60611


LAKE SHORE REPORTING CORPORATI
67 EAST MADISON STREET
CHICAGO, IL 60603

LAMBRINATOS, JERRY
6715 E. PRAIRIE
LINCOLNWOOD, IL 60645


LAMBRINATOS, ROSARIO
3637 W. ARTHUR
LINCOLNWOOD, IL 60712


LARRY MUSE
0
0, 0


LARRY NASH
0
0, 0


LATINO FAIR BOOK
0
0, 0


LEMMUSE FIRE PREVENTION & SAFE
8155 SOUTH PRAIRIE
CHICAGO, IL 60619


LEXUS FINANCIAL SERVICES
P.O. BOX 4102
CAROL STREAM, IL 60197-4102


LOEBER MOTORS, INC.
4255 WEST TOUHY
LINCOLNWOOD, IL 60712


LONG, DANIELLE E.
1627 N SEDGWICK #1F
CHICAGO, IL 60614


LOTECH SALES, LLP
8101 SOUTH SHAFFER PARKWAY
LITTLETON, CO 80127


LOYOLA UNIVERSITY
1032 W SHERIDAN RD
CHICAGO, IL 60660

LSC INVESTMENT GROUP
4804 GRAND AVE.
WESTERN SPRING, IL 60558


M & M AUTOMOTIVE, INC.
3141 RIVER ROAD
RIVER GROVE, IL 60171


MARCOS A. VERGARA
3235 WEST WASHINGTON
CHICAGO, IL 60624


MAREEWA, RAMIZ M.
59 S. BRANCH
NORTHFIELD, IL 60093


MARIA SIEMENIUK
845 S. TURES LN.
DES PLAINES, IL 60018


MARIBEL VILLANUEVA
3429 SOUTH WALLACE
CHICAGO, IL 60616


MARTIN, JONATHAN D.
2529 S. HARVEY
BERWYN, IL 60402


MARTINEZ, CHRISTINA C.
4404 S SPAULDING AVE 1ST FL APT
CHICAGO, IL 60632


MAUREEN BITTNER
6217 SOUTH AUSTIN
CHICAGO, IL 60638


MAURILLO ALVARADO
2930 LOUIS AVENUE
FRANKLIN PARK, IL 60131


MERCEDES BENZ OF CHICAGO
1111 W. DIVISION ST.
CHICAGO, IL 60622

MERCEDES-BENZ FINANCIAL
P.O. BOX 9001680
LOUISVILLE, KY 40290-1680


METRO COMP INVESTIGATIONS, INC
83 FAIRFIELD
NEW LENOX, IL 60451


METROPOLITAN SALES COMPANY
P.O. BOX 7008
LYNBROOK, NY 11563


MICHAELA S. STAPLETON-CORCORAN
340 EAST RANDOLPH STREET
CHICAGO, IL 60601-7919


MIDWEST PUBLIC AFFAIRS GROUP
222 SOUTH RIVERSIDE PLAZA
CHICAGO, IL 60606


MIDWEST REALTORS, INC.
5719 NORTH CENTRAL AVENUE
CHICAGO, IL 60646


MIKE MOBLEY REPORTING
334 SOUTH MAIN STREET
DAYTON, OH 45402


MORALES, NANCY
4637 S SAWYER
CHICAGO, IL 60632


MORALES, NANCY
4637.S SAWYER
CHICAGO, IL 60632


MORE CUPCAKES
1 E DELAWARE PL
CHICAGO, IL 60611


MUNDO DEVELOPMENT CO.
P.O. BOX 389114
CHICAGO, IL 60638

NAPER PLACE, LLC
401 SOUTH MAIN STREET
NAPERVILLE, IL 60540


NEO NETWORKS, INC.
4030 OVERHILL AVENUE
NORRIDGE, IL 60706


NICHOLAS DUNKAS, M.D. & ASSOCI
708 CHURCH STREET
EVANSTON, IL 60201


NIKOLAOS APOSTOLOU
0
0, 0


NISSAN MOTOR ACCEPTANCE
P.O. BOX 9001133
LOUISVILLE, KY 40290-1133


NOONE, CARMEN I.
1853 WEDGEWOOD WAY
KISSIMMEE, FL 34746


NORMAN EDELSTEIN
3825 W. MONTROSE
CHICAGO, IL 60618


NOTHERN ILLINOIS UNIVERSITY
6453 S. FRANCISCO AVE.
CHICAGO, IL 60632


OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS
SPRINGFIELD, IL 62706


OLIVITO, GENO F.
15208 S. WILLCOOK RD
LOCKPORT, IL 60441


OMEGA ROOFING
0
0, 0

OPHER AUTO WURX, INC.
23398 WEST APOLLO COURT
LAKE VILLA, IL 60046


OSBERTO GOMEZ
4531 NORTH ST. LOUIS
CHICAGO, IL 60645


PAETEC
P.O. BOX 3243
MILWAUKEE, WI 53201-3243


PALFI, STEFAN
2021 W BRADLEY PL
CHICAGO, IL 60618


PALMS, INC
P.O. BOX 1531
DEERFIELD, IL 60015


Patrick S. Layng
US Trustee (Region 11)
219 S Dearborn St, #873
Chicago, IL 60604


PATTI BLAIR COURT REPORTERS, P
106 WEST ADAMS STREET
CHICAGO, IL 60603


PAYLOCITY
3850 NORTH WILKE ROAD
ARLINGTON HEIGHTS, IL 60004


PEOPLES GAS
CHICAGO, IL 60687-0001


PERISHIP
7 BUSINESS PARK DRIVE
BRANFORD, CT 06405


PETER LAMBRINATOS
3637 W.ARTHUR
LINCOLNWOOD, IL 60712

PIOTR SIEMIENUK
845 WEST TURES LANE
DES PLAINES, IL 60018


PITNEY BOWES GLOBAL FINANCIAL
P.O. BOX 856460
LOUISVILLE, KY 40285-6460


PROGRESS ENERGY FLORIDA, INC.
P.O. BOX 33199
ST. PETERSBURG, FL 33733-8199


PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250


Randall Klein / William A. Starshak
Goldberg Kohn Bell Black
55 E Monroe St. #3300
Chicago, IL 60603


RANDOLPH PARTNERS 740 LLC
740 NORTH RUSH ST
CHICAGO, IL 60611


RANDOLPH PARTNERS LAKE STREET
740 NO RUSH STREET
CHICAGO, IL 60606


RANDOLPH PARTNERS LLC 308 SERI
740 NO RUSH ST
CHICAGO, IL 60611


RANDOLPH PARTNERS LLC OGDEN OS
740 NO RUSH ST
CHICAGO, IL 60611


RANDOLPH PARTNERS MINOOKA SERI
740 NO RUSH ST
CHICAGO, IL 60611


RANDOLPH PARTNERS, LLC - 333 S
308 WEST RANDOLPH STREET
CHICAGO, IL 60606

RANNELLS, JENNA M.
1210 RAINTREE CT
JOLIET, IL 60431


REGAL BUSINESS MACHINES, INC.
1140 WEST WASHINGTON BLVD
CHICAGO, IL 60607


REGENT WINDOW FASHIONS
917 WEST IRVING PARK ROAD
CHICAGO, IL 60613


RIES, JENNIFER L.
2183 MALLORY CIRCLE
HAINES CITY, FL 33844


ROCHE, PATRICK W.
10 S 581 MADISON
BURR RIDGE, IL 60527


ROSARIO LAMBRINATOS
3637 WEST ARTHUR AVENUE
LINCOLNWOOD, IL 60712


ROUTE 30 MOKENA, LLC
1550 HECHT ROAD
BARTLETT, IL 60103


SANCHEZ, MONICA Y.
10913 S. AVE. B
CHICAGO, IL 60617


SATO, CHRIS G.
1913 W. POTOMAC
CHICAGO, IL 60622


SECRETARY OF STATE
LIABILITY LIMITATION DIVISION
SPRINGFIELD, IL 62756


SECRETARY OF STATE
LICENSE RENEWAL
SPRINGFIELD, IL 62707-9700

```
SECRETARY OF STATE
69 W WASHINGTON ST
CHICAGO, IL 60606


SECRETARY OF STATE
501 SOUTH 2ND STREET
SPRINGFIELD, IL 62756-5200


SECRETARY OF STATE
501 S. 2ND ST., ROOM 424
SPRINGFIELD, IL 62756


SHRED-IT CHICAGO
115 WEST LAKE DRIVE
GLENDALE HEIGHTS, IL 60139


SIEMIENIUK, MARIA
8455 TURES LANE
DES PLAINES, IL 60018


SIEMIENIUK, PIOTR
845 S. TURES LN.
DES PLAINES, IL 60018


SIERRA REALTY ADVISORS
640 N LASALLE DR
CHICAGO, IL 60654


SILVA, VALDECI L.
7812 LAUREL OAKS LN.
KISSIMMEE, FL 24747


SILVERMAN CONSULTING
5750 OLD ORCHARD ROAD
SKOKIE, IL 60077


SMITHEREEN PEST MANAGEMENT
7400 NORTH MELVINA AVE
NILES, IL 60714-3908


SOLEVILLA, EVELYN
117 SENECA POINT TR
KISSIMMEE, FL 34746
```

SONIA VEGA
3626 WEST 85th PLACE
CHICAGO, IL 60652

SORIA, ANA C.
3645 W. 67TH PL.
CHICAGO, IL 60629

SORIA, BLANCA
3645 W. 67TH PL.
CHICAGO, IL 60629

SPIROS LAMBRINATOS
3637 WEST ARTHUR
LINCOLNWOOD, IL 60712

SPRINT
P.O. BOX 4181
CAROL STREAM, IL 60197-4181

STAPLETON-CORCORAN, MICHAELA S.
340 E. RANDOLPH #5201
CHICAGO, IL 60606

STAPLETON-CORCORAN, MOIRA A.
616 WEST FULTON UNIT 403
CHICAGO, IL 60661

STEFAN PALFI, JR.
2021 WEST BRADLEY PLACE
CHICAGO, IL 60618

SULLIVAN, ERIN M.
285 MARION ST.
ELMHURST, IL 60126

SVA CONSULTING, INC.
P.O. BOX 44966
MADISON, WI 53744-4966

SWARTHMORE COLLEGE
500 COLLEGE AVE
SWARTHMORE, PA 19081

T-MOBILE
P.O. BOX 742596
CINCINNATI, OH 45274-2596


TECO PEOPLES GAS
P.O. BOX 31017
TAMPA, FL 33631-3017


THEODOROPOULOS, LEO
8912 HARMS RD
MORTON GROVE, IL 60053


TRITON COLLEGE
2116 S. 59TH CT
CICERO, IL 60804


TUREK, FRANCISZEK
1135 W. CHICAGO AVE.
CHICAGO, IL 60622


U.S. BANK
ILLINOIS-CHICAGO DIRECT LENDIN
ST. LOUIS, MO 63179-0179


U.S. DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0039


UFTRING, AARON
1206 W. HENDERSON #2N
CHICAGO, IL 60657


ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNISOURCE WORLDWIDE INC.
UNISOURCE – CHICAGO
CHICAGO, IL 60693


UNITED SECURITY SERVICE, INC.
1550 SOUTH INDIANA AVENUE
CHICAGO, IL 60605

UNITED STATES POSTAL SERVICES
CMRS-PB
CAROL STREAM, IL 60132-0586


UNIVERSITY OF ILLINOIS AT CHICAGO
601 S MORGAN
CHICAGO, IL 60607


US BANK, NA
P.O. BOX 790117
ST. LOUIS, MO 63179-0117


VANOVER, MARILYN
825 HOWARD STREET
WHEATON, IL 60187


VAZQUEZ, CRISTINA
3733 S. 58TH CT.
CICERO, IL 60804


VEGA, SONIA
3626 W. 85TH PL.
CHICAGO, IL 60652


VERGARA, MARCO A.
3235 W. WASHINGTON
CHICAGO, IL 60624


VERIZON WIRELESS
P.O. BOX 25505
LEHIGH VALLEY, CA 18002-5505


VILLANUEVA, MARIBEL
7241 S. AVERS
CHICAGO, IL 60629


VINCE & SONS
7825 W. 87TH PLACE
BRIDGEVIEW, IL 60455


VITANDS, ILZE O.
6765 N. SHERIDAN RD. 1N
CHICAGO, IL 60626

VONER, KARINA
4659 CASON COVE DR #3035
ORLANDO, FL 32811


WEISSER, JASON L.
6118 N. RICHMOND ST. #2
CHICAGO, IL 60659


WELLS FARGO AUTO FINANCE, INC.
P.O. BOX 60966
LOS ANGELES, CA 90060-0966


WEST INFORMATION
WEST PAYMENT CENTER
CAROL STREAM, IL 60197-6292


WESTVIEW PLAZA CORPORATION
1584 BUTTITA DRIVE
STREAMWOOD, IL 60017


WHEATLAND MARKETPLACE
2215 SOUTH YORK ROAD
OAK BROOK, IL 60523


WISNER MILL, LLC
3415 WEST DIVERSEY PARKWAY
CHICAGO, IL 60647


WORLD FINANCIAL NETWORK NATION
180 NORTH LASALLE STREET
CHICAGO, IL 60601


XOCOM
P.O. BOX 7158
PASADENA, CA 91109-7158


YVETTE ANNA SOTO
1327 WEST 18th STREET
CHICAGO, IL 60608


YVONNE SANCHEZ
0
0, 0

ZOGRAFOS, ANTHONY C.
2841 W. SUMMERDALE
CHICAGO, IL 60625

# United States Bankruptcy Court
### Northern District of Illinois

In re   **GIORDANO'S FRANCHISE, INC.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **GIORDANO'S FRANCHISE, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Giordano's Enterprises, Inc.**
**740 North Rush Street**
**Suite 400**
**Chicago, IL 60611**

☐ None [*Check if applicable*]

**February 16, 2011**

Date

**/s/ Michael L. Gesas**

**Michael L. Gesas 06186924**

Signature of Attorney or Litigant
Counsel for   **GIORDANO'S FRANCHISE, INC.**

**Arnstein & Lehr LLP**
**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**
**(312) 876-7125 Fax:(312) 876-6260**
**mlgesas@arnstein.com**